FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 30 2013

James N. Hatten, Clerk
By:  Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Yvonne Lenola Ferguson,<br><br>    Debtor.<br><br>Bank of America, N.A.,<br><br>    Appellant,<br><br>v.<br><br>Yvonne Lenola Ferguson,<br><br>    Appellee. | Case No. 13-cv-02768-ODE |

### ORDER

For the reasons forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Orders Granting Motion to Strip Lien entered by the United States Bankruptcy Court for the Northern District of Georgia (Ellis-Monroe, J.) on July 19, 2013 are hereby affirmed.

Date: Spr 30, 2013

The Honorable Orinda D. Evans
United States District Court Judge