## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　　　　DOCKETING SECTION
DISTRICT COURT EXECUTIVE　　　　　　　　　　　　　　　　404-215-1655
AND CLERK OF COURT

October 1, 2013

M. Regina Thomas, Clerk of Court
United States Bankruptcy Court
Northern District of Georgia
75 Spring Street, Room 1340
Atlanta, Georgia   30303

　　　　Re:　Civil Action No.  1:13-cv-02768-ODE
　　　　　　　Bankruptcy No. 13-55343-BEM


　　　　　　**Yvonne Lenola Ferguson, Debtor**
　　　　　　**Bank of America, N.A. v. Ferguson**

Dear Ms. Thomas:

　　Enclosed please find a certified copy of the final order and judgment.  The bankruptcy record will be forwarded after the appeal time has run.  Please acknowledge receipt by returning the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　　　　　District Court Executive
　　　　　　　　　　　　　　　　　　and Clerk of Court


　　　　　　　　　　　　　　　　By:　s/Frances K. Pinckney
　　　　　　　　　　　　　　　　　　Deputy Clerk


Enclosures