# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YVONNE LENOLA FERGUSON, | |
| Debtor, | BANKRUPTCY CASE NO. |
| | 13-55343-BEM |
| BANK OF AMERICA, N.A., | |
| Appellant, | ADVERSARY NO. |
| vs. | |
| YVONNE LENOLA FERGUSON, | CIVIL ACTION FILE |
| Appellee. | NO. 1:13-cv-02768-ODE |

## A M E N D E D   J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the appeal of the bankruptcy order entered July 19, 2013, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 30th day of September 30, 2013.

JAMES N. HATTEN
CLERK OF COURT

By: s/Frances K. Pinckney
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  October 1, 2013
James N. Hatten
Clerk of Court

By: s/Frances K. Pinckney
Deputy Clerk